**SHER TREMONTE LLP**

May 6, 2020

**BY ECF**

The sentencing is adjourned to June 10 at 10:00 a.m.

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.
Dated:  May 7, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

Re:  *United States v. Hernandez et al.*, 18-cr-31 (LAP)

Dear Judge Preska:

    We represent Ismael Garcia, a defendant in the above captioned case.  We write with the consent of the government to request a brief adjournment of sentencing, which is currently scheduled for May 21, 2020.  We are advised by the Probation Department that the final PSR will not be disclosed until May 14, 2020, after our sentencing submission is due.  In order to streamline the presentation of any objections that may remain after disclosure of the final PSR and our sentencing submission, we respectfully request that sentencing be adjourned to a date in the first two weeks of June that is convenient for the Court (except on June 11 and in the morning on June 12, when counsel is unavailable).  Because this is a misdemeanor sentencing, Mr. Garcia consents to have sentencing proceed by telephone or video conference.

    We have conferred with AUSA Michael Longyear and he has no objection to the proposed adjournment.  We appreciate the Court's consideration.

    Respectfully submitted,

    /s/_____
    Justine Harris
    Noam Biale
    SHER TREMONTE LLP

cc:   AUSA Michael Longyear (by ECF)