UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - v -

Ismael Garcia,

---

18 CR 31-04 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The sentencing scheduled for June 10, 2020 is adjourned to July 23, 2020 at 10:00 a.m.

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: June 5, 2020
New York, New York