UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

ISMAEL GARCIA,

                Defendant.

18-CR-031 (LAP)

[~~PROPOSED~~] ORDER

---

Upon the *ex parte* application of Ismael Garcia, by his attorney Justine A. Harris, Esq., for an order authorizing the appointment of Noam Biale, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Noam Biale, Esq., an associate of the firm Sher Tremonte LLP, is appointed *nunc pro tunc* to July 3, 2018, to assist in the representation of Ismael Garcia in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred dollars ($110) per hour.

Dated:  New York, New York
         September 3, 2020

SO ORDERED

_____
Hon. Loretta A. Preska
District Judge, United States District Court
Southern District of New York