## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ISMAEL GARCIA,

                Defendant.

18 Cr. 31 (LAP)

**ORDER EXONERATING BAIL**

IT IS HEREBY ORDERED, upon the application of counsel for defendant Ismael Garcia, that Mr. Garcia's personal recognizance bond in this matter is hereby exonerated and released, and all suretors on Mr. Garcia's personal recognizance bond and all property, including cash, posted as security for Mr. Garcia's personal recognizance bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Garcia's passport return it to Mr. Garcia or Mr. Garica's counsel in this matter, Noam Biale, Esq.

Dated: New York, New York
       September 28, 2020

SO ORDERED

*Loretta A. Preska*

Hon. Loretta A. Preska
United States District Judge
Southern District of New York

This document was entered on the docket on September 28, 2020.